MARGARET DRYER, as Administratrix, etc., of JOHN DRYER, Deceased, Respondent, v. THE SISTERS OF THE POOR OF ST. FRANCIS, Appellant.— Order affirmed,

with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.